UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIELLE HARBECK, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:23-CV-0082-X |
| BENIHANA NATIONAL CORP., | § § § | |
| *Defendant*. | § § | |

# **JUDGMENT**

Before the Court is the parties' joint stipulation of dismissal. (Doc. 40). Having reviewed and considered the stipulation, the Court **DISMISSES WITH PREJUDICE** this action. The parties shall bear their own costs and fees. The Clerk's office is directed to close this case.

**IT IS SO ORDERED** this 26th day of February, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1